Paul PUCKETT, Executor of the Estate of Helen Puckett, Deceased, Appellant,

v.

Brown GINTER, Appellee.

Court of Appeals of Kentucky.

Sept. 16, 1960.

Rehearing Denied Dec. 2, 1960.

Redwine & Redwine, Winchester, for appellant.

White & McCann, Winchester, for appellee.

PER CURIAM.

Motion for appeal from a judgment entered upon a verdict in favor of appellee in an action instituted by appellant seeking recovery of $1,550 allegedly due upon a contract for the purchase of a certain poolroom and equipment therein.

The facts, questions raised, authorities cited, and applicable law have been considered, and we find no prejudicial error.

The motion for an appeal is overruled and the judgment stands affirmed.